# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| DEIGHTON WARNER, | ) | CV-N-03-0226-HDM (RAM) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | December 27, 2005 |
| | ) | |
| NAVELLIER & ASSOCIATES, INC., | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:      GINA MUGNAINI           REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendants have filed a Motion for Order Compelling Enforcement of Sanctions Order and for Further Sanctions (Doc. #62).

It appears from Defendants' Motion that Plaintiff has failed to pay the sanction as ordered by this court on November 4, 2005 (Doc. #61).

Plaintiff shall have to and including **Friday, January 13, 2006**, to pay the sanctions awarded by the court to Defendants.

If Plaintiff fails to comply with this order a hearing to show cause why further sanctions should not be awarded will be held on **Tuesday, January 24, 2006, at 1:30 p.m.**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:    /s/
Deputy Clerk